IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

```
- - - - - - - - - - - - - - - x
                              :
In re                         :    Chapter 11
                              :
VF BRANDS, INC., et al.,      :    Case No. 01-00285 (MFW)
                              :
          Debtors.            :    Jointly Administered
                              :
- - - - - - - - - - - - - - - x
```

## NOTICE OF PLAN EFFECTIVE DATE

PLEASE TAKE NOTICE that December 5, 2001 is the Effective Date of the Second Amended Joint Plan Of Distribution Of VF Brands, Inc. And Certain Affiliates, as confirmed by order dated November 16, 2001, as such term is defined therein.

Dated:   Wilmington, Delaware
         December 6, 2001

                SKADDEN, ARPS, SLATE, MEAGHER
                    & FLOM LLP

                Sally McDonald Henry
                Frederick D. Morris
                Four Times Square
                New York, New York 10036-6522
                (212) 735-3000

                    - and -

                /s/ Robert A. Weber
                Anthony W. Clark (I.D. No.2051)
                Robert A. Weber (I.D. No. 4013)
                One Rodney Square
                P.O. Box 636
                Wilmington, Delaware 19899-0636
                (302) 651-3000

                Attorneys for Debtors and
                  Debtors-in-Possession

CERTIFICATE OF SERVICE

I, Robert A. Weber, hereby certify that on the 6th day of December, 2001, I caused the **Notice of Plan Effective Date**, to be served on the parties listed below in the manner indicated, and on the parties listed on Exhibit A, attached hereto, by first-class mail unless otherwise indicated.

    /s/ Robert A. Weber
    Robert A. Weber

EXHIBIT A

VF Brands, Inc., et al.

2002 Service List

**Debtors**

Vlasic Plaza
Six Executive Campus
Cherry Hill, NJ 08002-4112
**(By Overnight Courier)**

David Pauker
Vlasic Plaza
Six Executive Campus
Cherry Hill, NJ 08002-4112
**(By Overnight Courier)**

Joseph Adler
Vlasic Plaza
Six Executive Campus
Cherry Hill, NJ 08002-4112
**(By Overnight Courier)**

**Counsel to Debtors**

Sally McDonald Henry, Esq.
Frederick Morris, Esq.
Skadden, Arps, Slate, Meagher
   & Flom LLP
Four Times Square
New York, NY 10036

Anthony W. Clark, Esq.
Robert A. Weber, Esq.
Skadden, Arps, Slate, Meagher
   & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636

**United States Trustee**

Mark Kenney, Esq.
Office of the U.S. Trustee
844 King Street, Suite 2231
Lock Box 35
Wilmington, DE 19801
Tel: 302-573-6491
Fax: 302-573-6497

**Counsel to Bank Agents**

John Fouhey, Esq.
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
**(By Overnight Courier)**

Charlita Mays, Esq.
Nancy Lazar, Esq.
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
**(By Overnight Courier)**

Mark Collins, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
**(By Hand)**

**Indenture Trustee**

Mr. Jack Stevenson
The Bank of New York
101 Barclay Street, 21 West
New York, NY 10286
Tel: 212-815-5284
Fax: 212-815-5915

Ronald L. Cohen, Esq.
Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004
Tel: 212-574-1515
Fax: 212-480-8421
(Counsel to Bank of New York)

Robert T. Schmidt, Esq.
Mitchell A. Seider, Esq.
Catherine Finnerty, Esq.
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022
Tel: 212-715-9100
Fax: 212-715-8000
E:   rschmidt@karmerlevin.com
     mseider@kramerlevin.com
     cfinnerty@kramerlevin.com
(Official Committee of Unsecured Creditors)

**Government Agencies**

Securities & Exchange Commission
15th & Pennsylvania Avenue, N.W.
Washington, DC 20020

Securities & Exchange Commission
Atlanta Regional Office
Branch/Reorganization
3475 Lenox Road, N.E.
Suite 1000
Atlanta, GA 30326-1232

Susanne Larson
Insolvency Group
Internal Revenue Service
31 Hopkins Plaza, Rm. 1150
Baltimore, MD 21201
Tel: 410-962-9205
Fax: 410-962-9955

District Director SPF
Internal Revenue Service
409 Silverside Road
Wilmington, DE 19809
Tel: 800-829-1040
Fax: 410-962-9295

Kenneth Cooper, Esq.
Pension Benefit Guaranty Corp.
1200 K Street, N.W.
Washington, D.C. 20005-4026
Tel: 202-326-4020
Fax: 202-326-4112

Ellen W. Slights, Esq.
Assistant U.S. Attorney
1201 Market Street, Suite 1100
Chemical Bank Plaza
P.O. Box 2046
Wilmington, DE 19899-2046
Tel: 302-573-6277
Fax: 302-573-6431

Seth Shapiro, Esq.
United States Dept. of Justice
Civil Division
Commercial Litigation Branch
P.O. Box 875
Ben Franklin Station
Washington, DC 20044
Tel: 202-514-7164
Fax: 202-307-0494

Secretary of Treasury
P.O. Box 7040
Dover, DE 19903
Tel: 302-622-1100
Fax: 302-622-0073

Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE 19903
Tel: 302-739-4225
Fax: 302-739-3815

**Copying Service:**

Edward J. Carney
IKON Office Solutions
901 N. Market Street, Suite 718
Wilmington, DE 19801
**(Hand Delivery)**

Barry Ridings
Lazard Freres & Co. LLC
30 Rockefeller Plaza
New York, NY 10020
Tel: 212-632-6896
Fax: 212-332-1748

**Parties Filing Notices of Appearance Under Fed. R. Bankr. P. 2002**

Glenn Siegel, Esq.
Harriet Orol, Esq.
Dechert Price & Rhoades
30 Rockefeller Plaza
New York, NY 10112
(Counsel to Participants)

Michael L. Vild, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
(Co Counsel to Participants)
Tel: 302-429-4230
Fax: 302-658-6395

Steven Gross, Esq.
Debevoise & Plimpton
875 Third Avenue
New York, NY 10022
Tel: 212-909-6586
Fax: 323-909-3836
E:   srgross@debevoise.com
(Counsel to H.J. Heinz Company)

James L. Patton, Jr., Esq.
M. Blake Cleary, Esq.
Young Conaway Stargatt & Taylor
Wilmington Trust Center, 11th Floor
P.O. Box 391
Wilmington, DE 19899
Tel: 302-571-6600

Fax: 302-571-1253  
E: jpatton@ycst.com  
 Mbcleary@ycst.com  
(Co-Counsel to H.J. Heinz Company)  
**(By Hand)**

Roy Cohn, Esq.  
Gibbons, Cohn, Neuman, Bellow  
Segall & Allen  
3321 Henderson Blvd.  
Tampa, FL 33609

David H. Ford  
OZ Management LLC  
9 West 57th Street  
39th Floor  
New York, NY 10019  
Tel: 212-790-0146  
Fax: 212-790-0140

Roger W. Bailey, Esq.  
Timothy J. Carlson, Esq.  
Halverson & Applegate, P.S.  
311 North Fourth Street  
P.O. Box 22730  
Yakima, WA 98901  
Tel: 509-575-6611  
Fax: 509-457-2419  
(Tree Top, Inc. and  
Watermill Foods, Inc., a div of Tree Top, Inc.)

Epsen Hillmer Graphics Company  
Attn: Jeff Bard  
 2000 California Street  
Omaha, NE 68102  
Tel: 904-273-2947  
Fax: 904-273-2963

Robin L. Bergman, Esq.  
Information Resources, Inc.  
150 North Clinton  
Chicago, IL 60661  
Tel: 312-474-3030  
Fax: 312-474-3987  
E-M: robin.bergman@infores.com  
(Information Resources, Inc.)

Bonnie Glantz Fatell, Esq.  
Michael D. DeBaecke, Esq.  
Blank Rome Comisky & McCauley LLP  
1201 Market Street, Suite 2100  
Wilmington, DE 19801-4226  
Tel: 302-425-6400  
Fax: 302-425-6464  
(Campbell Soup Company)

Faith R. Greenfield  
Campbell Soup Company  
Legal Department  
Campbell Place  
P.O. Box 43  
Camden, NJ 08103-1799  
Tel: 856-342-6121  
Fax: 856-342-3936  
(Campbell Soup Company)

The Delaware Bay Company, Inc.  
Attn: Jeffrey Rosenkranz  
680 Fifth Avenue  
22nd Floor  
New York, NY 10019  
Tel: 212-204-8600  
Fax: 212-204-8624  
(Delaware Bay Company, Inc.)

Rory D. Whelehan, Esq.  
Womble Carlyle Sandridge & Rice  
Suite 700, 104 South Main Street  
Greenville, SC 29601  
P.O. Box 10208 (29603-0208)  
Tel: 864-255-5400  
Fax: 864-255-5484  
(Counsel for Wachovia Bank, N.A.)

Samuel M. Stricklin, Esq.  
Sheinfeld Maley & Kay, P.C.  
1700 Pacific Avenue, Suite 4400  
Dallas, TX 75201-4618  
Tel: 214-953-0700  
Fax: 214-953-1189.  
(Official Committee of Unsecured Creditors of Money's Financial LLC, Money's (US) Partnership, Money's Foods U.S. Inc., and North American Spawn, Inc.)

Tobey M. Daluz, Esq.  
Jennifer A.L. Kelleher, Esq.  
Reed Smith LLP  
1201 Market Street, Suite 1500  
Wilmington, DE 19801  
Tel: 302-778-7500  
Fax: 302-778-7575  
(Official Committee of Unsecured Creditors of Money's Financial LLC, Money's (US) Partnership, Money's Foods U.S. Inc., and North American Spawn, Inc.)

Martin J. Weis, Esq.  
Dilworth Paxson LLP  
3200 Mellon Bank Center  
1735 Market Street  
Philadelphia, PA 19103-7595  
Tel: 215-575-7000  
Fax: 215-575-7200  
(Telerx Marketing, Inc.)

William P. Bowden, Esq.
Christopher S. Sontchi, Esq.
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
Tel: 302-654-1888
Fax: 302-654-2067
(Supervalu Inc.)

Lynette K. Stocker
Litigation Case Manager
Supervalu Inc.
Corporate Offices
11840 Valley View Road
Eden Prairie, MN 55344
Tel: 952-828-4877
ax: 952-828-4433
(Supervalu Inc.)

John W. Cannon, Esq.
Moyers Martin Santee Imel & Tetrick, LLP
320 South Boston Building
Suite 920
Tulsa, Oklahoma 74103
Tel: 918-582-5281
Fax: 918-585-8318
E: cannon@moyersmartin.com
(Bama Foods Limited Partnership)

Elizabeth K. Flaagan, Esq.
Holme Roberts & Owen LLP
1700 Lincoln, Suite 4100
Denver, CO 70203
Tel: 303-861-7000
Fax: 303-866-0200
(Graphic Packaging Corporation)

Eric W. Sleeper, Esq.
Sills Cummis Radin Tischman Epstein & Gross, P.A.
One Riverfront Plaza
Newark, NJ 007102-5400
Tel: 973-643-7000
Fax: 973-643-6500
(CS Integrated LLC)

Brett D. Fallon, Esq.
Morris James Hitchens & Williams LLP
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
Tel: 302-888-6888
Fax: 302-571-1750
(United States Cold Storage, Inc.)

Andrew C. Kassner, Esq.
David B. Aaronson, Esq.
Drinker, Biddle & Reath LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6996
Tel: 215-998-2700
Fax: 215-988-2757
(United States Cold Storage, Inc.)

Jules S. Cohen, Esq.
W. Glenn Jensen, Esq.
Akerman & Seterfitt & Eidson, P.A.
Citrus Center, 17th Floor
255 South Orange Avenue
P.O. Box 231
Orlando, FL 32802-0231
Tel: 407-843-7860
Fax: 407-843-6610
(CHEP USA)

Leah Hartman
Credit Research & Trading LLC
One Fawcett Place, 3rd Floor
Greenwich, CT 06830
Tel: 203-629-6400
Fax: 203-629-6499
(Credit Research & Trading LLC)

Neilson C. Himelein, Esq.
Community Legal Aid Society, Inc.
100 West 10th Street, Suite 801
Wilmington, DE 19801
Tel: 302-575-0660
Fax: 302-575-0840
(Workers Committee of Campbell Fresh)

Arthur N. Read, Esq.
Sara H. Paoletti, Esq.
Friends of Farmworkers, Inc.
924 Cherry Street, 4th Floor
Philadelphia, PA 19107-2411
Tel: 215-733-0878
Fax: 215-733-0876
(Workers Committee of Campbell Fresh

Mark D. Collins, Esq.
Richards Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Tel: 302-658-6541
Fax: 302-658-6548
(The Chase Manhattan Bank)

Nancy L. Lazar, Esq.
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Tel: 212450-4000
Fax: 212-450-4800
(The Chase Manhattan Bank)

Scott D. Cousins, Esq.
William E. Chipman, Jr., Esq.
Greenberg Traurig, LLP
The Brandywine Building
1000 West Street, Suite 1540
Wilmington, DE 19801
Tel: 302-661-7000
Fax: 302-661-7360
(RRRP Robbins, Inc., Robbins Resource Recovery Partners, L.P. and RRRP Illinois, Inc.)

The Travelers Insurance Company
Attn: Christa Goodwin-Vazquez
Litigation Management
National Accounts
1 Tower Square -9GS
Hartford, CT 06183-4044
Tel: 860-277-3373
Fax: 860-954-2282

Jeffrey S. Sabin, Esq.
Schulte Roth & Zabel
919 Third Avenue
New York, New York 10022
Tel: 212-756-2000
Fax: 212-593-5955
E: Jeffrey.Sabin@SRZ.com
(John Faulkner)

Nicholas J. LePore, III, Esq.
Schnader Harrison Segal & Lewis LLP
Suite 3600, 1600 Market Street
Philadelphia, PA 19103
Tel: 215-751-2286
Fax: 215-972-7260
E: nlepore@schnader.com
(NFI Interactive Logistics, Inc., NFI Interactive, Inc.)

Marcos Camacho, Esq.
Thomas P. Lynch, Esq.
Marcos Camacho, A Law Corporation
29700 Woodford-Tehachapi Road
P.O. Box 310
Keene, CA 93531
Tel: 661-823-6220
Fax: 661-823-6177
(United Farm Workers of America, AFL-CIO)

Cynthia Newsome Graham
Pepper Hamilton LLP
Suite 420
Liberty view Building
457 Haddonfield Road
Cherry Hill, NJ 08002-2220
Tel: 856-910-7200
Fax: 856-665-7743
(Robert F. Bernstock and Mitchell P. Goldstein)

Michael R. Lastowski, Esq.
Duane Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Tel: 302-657-4900
Fax: 302-657-4901
E: mlastowski@duanemorris.com
(Official Committee of Unsecured Creditors)

Robert N. Snyder, Jr.
PricewaterhouseCoopers LLP
c/o Vlasic Foods International Inc.
Attn: Laura Dicus
Vlasic Plaza
Six Executive Plaza
Cherry Hill, NJ 08002-4112
Tel: 856-969-7266
Fax: 208-567-1913

Bill Angelowitz
Daily Insights, Inc.
JAF Box 3127
New York, NY 10116
(Daily Insights, Inc.)

Ohio Bureau of Workers' Compensation
c/o Michelle T. Sutter
Revenue Recovery
101 E. Town St., Second Floor
Columbus, OH 43215
Tel.: 614-728-4324
Fax: 614-452-9070
E: www.ag.state.oh.us

Mr. William Q. Derrough
Mr. Thomas C. Carlson
Jeffries & Company, Inc.
520 Madison Avenue, 12th Floor
New York, NY 10022
Tel: 212-284-2045
Fax: 212-284-2840

Harold S. Novikoff, Esq.
Douglas K. Mayer
Sean Sullivan
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019
Tel: 212-403-1000
Fax: 212-403-2249
(Campbell Soup Company)

Eric Hunter

Deutsche Banc Alex. Brown Inc.
31 West 52nd St., 3rd Floor
New York, NY 10019
Tel: 212-469-2578
Fax: 212-469-2884
E: eric.j.hunter@db.com

Stephen D. Mossman, Esq.
Mattson Ricketts Davies Stewart & Calkins
134 South 13th Street, Suite 1200
Lincoln, NE 68508-1901
Tel: 402-475-8433
Fax: 402-475-0105
E-m: sdm@mattsonricketts.com

Barbara Hill, Esq.
CROSSMARK, INC.
6400 International Parkway, Suite 2000
Plano, Texas 75093
Tel: 972-349-1357
Fax: 972-349-4494

Michael A. Rosenthal, Esq.
James M. Schober, Esq.
Gibson Dunn & Crutcher LLP
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201
Tel: 214-698-3100
Fax: 214-698-3400

William R. Gibson, Esq.
Gibson & Hamm, P.A.
P.O. Box 3213
Fayetteville, AR 72702-3213
Tel: 501-444-0500
Fax: 501-582-3983
(Process Systems Integration, Inc.)

Brenda K. Martin, Esq.
Morrison & Heckler
2800 N. Central Avenue, Suite 1600
Phoenix, AZ 85004-1047
Tel: 602-279-1600
Fax: 602-240-6925
E-m: bkmartin@moheck.com
(Moark, LLC and Classic Egg Products, Inc.)

Carl N. Kunz, III, Esq.
Murphy Spadaro & Landon
824 Market Street, Suite 700
PO Box 8989
Wilmington, DE 19899
Tel: 302-654-4600
Fax: 302-654-477

Kevin J. Mangan, Esq.
Walsh Monzack and Monaco, P.A.
1201 Orange Street, Suite 400
Wilmington, DE 19801
Tel: 302-656-8162
Fax: 302-656-2769

Michael Coletta, Esq.
Senior Corporate Counsel
PeopleSoft, Inc.
4305 Hacienda Drive
Pleasanton, CA 94588
Tel: 925-694-8826
Fax: 925-694-7184
E-m: Michael_Coletta@peoplesoft.com
(PeopleSoft, Inc.)

Gary L. Barnhart, Esq.
Special Assistant Attorney General
Missouri Department of Revenue
General Counsel's Office
301 W. High Street, Room 670
P.O. Box 475
Jefferson City, MO 65105-0475
Tel: 573-751-5531
Fax: 573-751-7232
(Counsel for Missouri Department of Revenue)

Mr. Gerry Thomas
P.O. Box 8069
Scottsdale, AZ 85252
FEDEX:
    Unit 98 Mountain Shadows Estates
    5525 East Lincoln Drive
    Paradise Valley, AZ 85253
Tel: 480-905-0304
Fax: 408-905-0305
(Gerry Thomas)

Laurie Selber Silverstein, Esq.
Potter, Anderson & Corroon LLP
1313 N. Market Street, 6th Flor
P.O. Box 951
Wilmington, DE 19899
Tel: 302-984-6000
Fax: 302-658-1192
E-M: lsilverstein@pacdelaware.com
(Owens Brockway Container Incorporated)

Kevin W. Walsh, Esq.
Pepper Hamilton LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
Tel: 215-981-4000
Fax: 215-981-4750
(Brandywine Trust)

Nancy N. Doughton, Esq.
Cooch and Taylor
824 Market Street, Suite 1000
P.O. Box 1680
Wilmington, De 19899-1680
Tel: 302-652-3641
Fax: 302-652-5379
(Steven D. McNulty, Ward A. Halverson, Dianne M. lutz, Khosrow Mottahed, Melissa B. Musarra, Jeane

F. Story, Wesley M. Topeka, Margaret Reich)

Edward R. Rosenthal, Esq.
Rosenthal Monhait Gross & Goddess, PA
Mellon Bank Center, Suite 1401
919 North Market Street
P.O. Box 1070
Wilmington, DE 19899
Tel: 302-656-4433
Fax: 302-658-7567
E-m: erosenthal@rmgglaw.com
(John Bogard, Feivel Gottleib, Michael and Denise Jeffries, Edward Nerenberg and Kenneth R. Sweeney)

Michael S. Etkin, Esq.
Ira M. Levee, Esq.
Lowenstein Sandler
65 Livingston Avenue
Roseland, NJ 07068
Tel: 973-597-2500
Fax: 973-597-2400
E-m: metkin@lowenstein.com
Ilevee@lowenstein.com
(John Bogard, Feivel Gottleib, Michael and Denise Jeffries, Edward Nerenberg and Kenneth R. Sweeney)

Jules Brody, Esq.
Mark Levine, Esq.
Stull, Stull & Brody
6 East 45th Street
New York, NY 10017
Tel: 212-687-7230
Fax: 212-490-2022
(John Bogard, Feivel Gottleib, Michael and Denise Jeffries, Edward Nerenberg and Kenneth R. Sweeney)

Todd S. Collins, Esq.
Jacob A. Goldberg, Esq.
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103
Tel: 215-875-3000
Fax: 215-875-4604
(John Bogard, Feivel Gottleib, Michael and Denise Jeffries, Edward Nerenberg and Kenneth R. Sweeney)

Mr. Alfredo Perez
323 Clayton
West Chicago, IL 60185
Tel: 630-231-7191
(Pro se)

Henry A. Heiman
Heiman, Aber, Goldlust & Baker
First Federal Plaza
702 King Street
P.O. Box 1675
Wilmington, DE 19899
Tele: 302-658-1800
Fax: 302-658-1473

Stanley J. Lieberman, Esq.
Suite A-2
228 North Pottstown Pike
Exton, PA 19341-2210
Tel: 610-363-2836
Fax: 610-363-2386
(Estate of Eugenia A. Soroka, Deceased)

H.E. Scruggs
Chairman
American Investment Bank
200 East South Temple
Salt Lake City, UT 84111
Tel: 801-297-1040
Fax: 801-297-1765
(MK Gold)